**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA, MARK J. O'CONNOR, and SARA F. LEIBMAN,

Plaintiff(s),

v.

U.S. CELLULAR CORPORATION, et al.

Defendant(s)

Case No. 5:15-cv-510-JD

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants (Plaintiff/Defendant), Advantage Spectrum, L.P., Sunshine Spectrum, Inc. as a successor to Nonesuch,Inc., and William Vail (Name of Party).

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ David Bitkower — Signature

April 16, 2020 — Date

David Bitkower — Print Name

Jenner & Block LLP — Firm

1099 New York Ave. NW, Suite 900 — Address

Washington — City; D.C. — State; 20001 — Zip Code

(202) 639-6048 — Telephone

DBitkower@jenner.com — Internet E-mail Address

Criminal Cases Only:

- ☐ Retained or USA
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☐ Pro Bono
- ☐ CJA Training Panel

*Certificate of Service*

☑ I hereby certify that on April 16, 2020, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on ________, I filed the attached document with the Clerk of the Court and served the attached document by ________ on the following, who are not registered participants of the ECF System:

s/ David Bitkower

s/ Attorney Name