IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, MARK J. O'CONNOR, and SARA F. LEIBMAN, Plaintiff(s), | ) | |
| v. | ) | Case No. 5:15-cv-510-JD |
| U.S. CELLULAR CORPORATION, et al. Defendant(s) | ) | |

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants (Plaintiff/Defendant), Advantage Spectrum, L.P., Sunshine Spectrum, Inc. as a successor to Nonesuch,Inc., and William Vail (Name of Party).

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Elizabeth Edmondson — April 16, 2020
Signature — Date

Elizabeth Edmondson
Print Name

Jenner & Block LLP
Firm

919 3rd Ave.
Address

New York — NY — 10022
City — State — Zip Code

(212) 891-1606
Telephone

EEdmondson@jenner.com
Internet E-mail Address

Criminal Cases Only:

- ☐ Retained or USA
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☐ Pro Bono
- ☐ CJA Training Panel

*Certificate of Service*

☑ I hereby certify that on April 16, 2020, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on ____________, I filed the attached document with the Clerk of the Court and served the attached document by ____________ on the following, who are not registered participants of the ECF System:

s/ Elizabeth Edmondson

s/ Attorney Name