**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel. MARK J. O'CONNOR and SARA F. LEIBMAN,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. CIV-15-510-G** |
| **UNITED STATES CELLULAR CORPORATION et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Now before the Court is the Relators' Motion to Dismiss Defendant William Vail Without Prejudice (Doc. No. 59). The United States has notified the Court that it consents to the dismissal. *See* Doc. No. 82. Having considered the motion, and having determined that the interests of justice and the efficiency of the litigation are best served by dismissing Defendant Vail, the Court GRANTS the Motion. Defendant Vail is hereby dismissed from this action without prejudice.

IT IS SO ORDERED this 24th day of April, 2020.

Charles B. Goodwin
CHARLES B. GOODWIN
United States District Judge