IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARK J. O'CONNOR and SARA F. LEIBMAN,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES CELLULAR CORPORATION, *et al.*,<br><br>            Defendants. | Case No. 20-cv-2070 (TSC)<br><br>**ORAL HEARING REQUESTED** |

**DEFENDANTS UNITED STATES CELLULAR CORPORATION, USCC WIRELESS INVESTMENT, INC., AND TELEPHONE AND DATA SYSTEMS, INC.'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants United States Cellular Corporation, USCC Wireless Investment, Inc., and Telephone and Data Systems, Inc. (collectively "U.S. Cellular") respectfully move to dismiss Relators' claims with prejudice. The reasons for granting the motion are explained in the accompanying memorandum of points and authorities. U.S. Cellular attaches a proposed order, and respectfully requests an oral hearing pursuant to Local Civil Rule 7(f).

Dated: October 26, 2020                           Respectfully submitted,

                                                                  /s/ *Frank R. Volpe*

                                                                  Frank R. Volpe
                                                                  Robert Joseph Conlan, Jr.
                                                                  SIDLEY AUSTIN LLP
                                                                  1501 K Street, NW
                                                                  Washington, DC 20005
                                                                  Telephone: 202-736-8000

1

Fax: 202-736-8711  
fvolpe@sidley.com  
rconlan@sidley.com