**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARK J. O'CONNOR and SARA F. LEIBMAN,<br><br>      Plaintiffs,<br><br> v.<br><br>UNITED STATES CELLULAR CORPORATION, *et al.*,<br><br>      Defendants. | Case No. 20-CV-2070 (TSC) |

**DECLARATION OF FRANK R. VOLPE IN SUPPORT OF DEFENDANTS UNITED STATES CELLULAR CORPORATION, USCC WIRELESS INVESTMENT, INC., AND TELEPHONE AND DATA SYSTEMS, INC.'S MOTION TO DISMISS**

I, Frank R. Volpe, hereby declare as follows under penalty of perjury:

1. I am a partner in the law firm of Sidley Austin LLP, counsel in the above-captioned matter to Defendants United States Cellular Corporation, USCC Wireless Investment, Inc., and Telephone and Data Systems, Inc. (collectively, "U.S. Cellular").

2. I submit this declaration in support of U.S. Cellular's Motion to Dismiss.

3. Attached as **Exhibit A** is a true and correct copy of the Amended Complaint, ECF No. 11, in *Lampert & O'Connor, P.C. v. Carroll Wireless, L.P.*, No. 1:07-cv-800 (JDB) (D.D.C.), filed in the United States District Court for the District of Columbia on April 24, 2008.

4. Attached as **Exhibit B** is a true and correct copy of King Street Wireless, L.P.'s Response to Inquiry from the Wireless Telecommunications Bureau in *In re: Applications of King Street Wireless, L.P. for Licenses in the 700 MHz Lower Band*, FCC File No. 0003379814, filed in the Federal Communications Commission on May 8, 2009 and available at https://wireless2.fcc.gov/UlsApp/ApplicationSearch/applAdmin.jsp?applID=4752724.

5. Attached as **Exhibit C** is a true and correct copy of the Agreement Establishing Frequency Advantage, L.P., filed in the Federal Communications Commission under File No. 0006668843 on March 20, 2015 and available at https://wireless2.fcc.gov/UlsApp/ApplicationSearch/applAdminAttachments.jsp?applID=9573766#.

6. Attached as **Exhibit D** is a true and correct copy of the Agreement Establishing Advantage Spectrum, L.P., filed in the Federal Communications Commission under File No. 0006668843 on March 20, 2015 and available at https://wireless2.fcc.gov/UlsApp/ApplicationSearch/applAdminAttachments.jsp?applID=9573766#.

7. Attached as **Exhibit E** is a true and correct copy of the Advantage Spectrum, L.P. Bidding Protocol, filed in the Federal Communications Commission under File No. 0006668843

1

on March 20, 2015 and available at https://wireless2.fcc.gov/UlsApp/ApplicationSearch/applAdminAttachments.jsp?applID=9573766#.

8. Attached as **Exhibit F** is a true and correct copy of the Frequency Advantage, L.P. Loan and Security Agreement, filed in the Federal Communications Commission under File No. 000668843 on March 20, 2015 and available at https://wireless2.fcc.gov/UlsApp/ApplicationSearch/applAdminAttachments.jsp?applID=9573766#.

9. Attached as **Exhibit G** is a true and correct copy of the Advantage Spectrum, L.P. Loan and Security Agreement, filed in the Federal Communications Commission under File No. 000668843 on March 20, 2015 and available at https://wireless2.fcc.gov/UlsApp/ApplicationSearch/applAdminAttachments.jsp?applID=9573766#.

10. Attached as **Exhibit H** is a true and correct copy of Advantage Spectrum, L.P.'s Form 175 short-form application to participate in FCC Auction 97, filed in the Federal Communications Commission under File No. 0006457325 on November 11, 2014, and available in the public searchable database located at https://auctionfiling.fcc.gov/form175/search175/index.htm.

11. Attached as **Exhibit I** is a true and correct copy of Advantage Spectrum, L.P.'s Form 601 long-form licensing application, filed in the Federal Communications Commission under File No. 0006668843 on March 31, 2016 and available at https://wireless2.fcc.gov/UlsApp/ApplicationSearch/applMain.jsp?applID=9573766.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Frank R. Volpe_____
Frank R. Volpe

Executed at Washington, D.C. on October 26, 2020