# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARK J. O'CONNOR and SARA F. LEIBMAN,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES CELLULAR CORPORATION, *et al.*,<br><br>          Defendants. | Case No. 20-CV-2070 (TSC)<br><br>**ORAL HEARING REQUESTED** |

## [PROPOSED] ORDER ON MOTION TO DISMISS

Defendants United States Cellular Corporation, USCC Wireless Investment, Inc., and Telephone and Data Systems, Inc. (collectively "U.S. Cellular"), have moved to dismiss pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6).  For the reasons explained in U.S. Cellular's Motion to Dismiss and Statement of Points and Authorities, the motion is GRANTED, and Relators' Complaint is DISMISSED WITH PREJUDICE.

SO ORDERED.

Dated: _____

_____

Hon. Tanya S. Chutkan, U.S.D.J.

## ATTORNEYS ENTITLED TO BE NOTICED

**Adriaen M. Morse , Jr.**
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20006
(202) 677-4058
Fax: (202) 677-4059
Email: adriaen.morse@agg.com

**Benjamin James Vernia**
THE VERNIA LAW FIRM
1455 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20004
(202) 349-4053
Email: bvernia@vernialaw.com

**Georgina C. Shepard**
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Avenue NW
Suite 1000
Washington, DC 20006
202-677-4902
Fax: 202-677-4903
Email: georgina.shepard@hklaw.com

**Micah Kanters**
ARNALL GOLDEN GREGORY
1775 Pennsylvania Ave NW
Suite 1000
Washington, DC 20006
202-677-4920
Email: micah.kanters@agg.com

**Sara M. Lord**
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20006
(202) 677-4054
Fax: (202) 667-4055
Email: sara.lord@agg.com

*Attorneys for Relators Mark J. O'Connor and Sara F. Leibman*

**Frank R. Volpe**
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8366
Fax: (202) 736-8711
Email: fvolpe@sidley.com

**Robert Joseph Conlan , Jr.**
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
202-736-8560
Email: rconlan@sidley.com

**Benjamin M. Mundel**
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8157
Fax: (202) 736-8711
Email: bmundel@sidley.com

**David Marshall Schilling**
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
202-736-8946
Fax: 202-736-8711
Email: dschilling@sidley.com

**Gabriel Schonfeld**
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
202-736-8483
Fax: 202-736-8711
Email: gschonfeld@sidley.com

*Attorneys for Defendants United States Cellular Corporation, USCC Wireless Investment, Inc., and Telephone and Data Systems, Inc.*

**Andrew Santo Tulumello**
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036-5306
(202) 955-8657
Fax: (202) 530-9678
Email: atulumello@gibsondunn.com

**Stuart F. Delery**
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036-5306
(202) 887-3650
Fax: (202) 663-6363
Email: SDelery@gibsondunn.com

*Attorneys for Defendants King Street Wireless, L.P.*
*King Street Inc., and Allison Cryor Dinardo*


**David W. DeBruin**
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 639-6015
Fax: (202) 639-6066
Email: ddebruin@jenner.com

**David Bitkower**
4327 Albemarle St. NW
Washington, DC 20016
646-321-0420
Email: davidbitkower@hotmail.com

*Attorneys for Defendants Advantage Spectrum LP,*
*Frequency Advantage LP, and Nonesuch Inc.*

**Darrell C. Valdez**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2507
Email: darrell.valdez@usdoj.gov

*Attorney for the United States*