# EXHIBIT 1
# (Ownership Chart)

**OWNERSHIP**



*No other individual or entity holds a 10% or greater interest in the Applicant.