# EXHIBIT 2

# (Certificate of Incorporation)



# Delaware

PAGE 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF LIMITED PARTNERSHIP OF "ADVANTAGE SPECTRUM, L.P.", FILED IN THIS OFFICE ON THE TWENTY-SEVENTH DAY OF AUGUST, A.D. 2014, AT 1:04 O'CLOCK P.M.

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 1656117

DATE: 08-28-14

5594340   8100

141115576

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:04 PM 08/27/2014
FILED 01:04 PM 08/27/2014
SRV 141115576 - 5594340 FILE

# STATE OF DELAWARE
# CERTIFICATE OF LIMITED PARTNERSHIP

- **The Undersigned,** desiring to form a limited partnership pursuant to the Delaware Revised Uniform Limited Partnership Act, 6 Delaware Code, Chapter 17, do hereby certify as follows:

- **First:** The name of the limited partnership is Advantage Spectrum, L.P.

- **Second:** The address of its registered office in the State of Delaware is 2711 Centerville Rd., #400 in the city of Wilmington. Zip code 19808 . The name of the Registered Agent at such address is Corporation Service Company.

- **Third:** The name and mailing address of each general partner is as follows:

  Frequency Advantage, L.P.
  224 East Garden Street, Suite 5A
  Pensacola, FL 32502

- **In Witness Whereof,** the undersigned has executed this Certificate of Limited Partnership as of 22nd day of August , A.D. 2014 .

  By: _William Vail_ _(signature)_
  General Partner *

  Name: William Vail
  (type or print name)

* William Vail is the President of Sunshine Spectrum, Inc, which in turn, is the General Partner of Frequency Advantage, L.P., which in turn, is the General Partner of Advantage Spectrum, L.P.