# EXHIBIT 4

# (Exhibits to Advantage's Form 175)

## Exhibit 1 - Ownership Information Addendum

***Controlling Interests:*** Advantage Spectrum, L.P. ("Applicant") has the following controlling interests: Frequency Advantage, L.P. ("Frequency Advantage") Sunshine Spectrum, Inc. ("SSI") and William Vail. Mr. Vail ultimately has both *de jure* and *de facto* control in the General Partner of the Applicant. He owns a 100 percent of SSI, which in turn, is the General Partner of Frequency Advantage, which is the General Partner of the Applicant. Thus, he has a controlling interest in the Applicant. No other individual or entity has a controlling interest in the Applicant.[1]

***Bidding Credit Eligibility – Affiliates:*** Applicant does not have any affiliates, except for those entities listed in the application herein, which are affiliates of Mr. Vail. Mr. Vail has the following affiliates by virtue of controlling these entities: (1) Frequency Advantage, L.P.; (2) Sunshine Spectrum, Inc.; and the (3) William S. Vail and Lorraine C. Vail Living Trust.

---

[1] Other than William Vail, there are no other officers or directors of either the Applicant or the General Partner.

## OWNERSHIP



*No other individual or entity holds a 10% or greater interest in the Applicant.

### Exhibit 1 (Amended) - Ownership Information Addendum

***Controlling Interests:*** Advantage Spectrum, L.P. ("Applicant") has the following controlling interests: Frequency Advantage, L.P. ("Frequency Advantage") Sunshine Spectrum, Inc. ("SSI") and William Vail. Mr. Vail ultimately has both *de jure* and *de facto* control in the General Partner of the Applicant. He owns a 100 percent of SSI, which in turn, is the General Partner of Frequency Advantage, which is the General Partner of the Applicant. Thus, he has a controlling interest in the Applicant. No other individual or entity has a controlling interest in the Applicant.[1]

***Bidding Credit Eligibility – Affiliates:*** Applicant does not have any affiliates, except for those entities listed in the application herein, which are affiliates of Mr. Vail. Mr. Vail has the following affiliates by virtue of controlling these entities: (1) Frequency Advantage, L.P.; (2) Sunshine Spectrum, Inc.; and the (3) William S. Vail and Lorraine C. Vail Living Trust.

***Voting Trust – Telephone and Data Systems, Inc. (the "Voting Trust"):*** The Voting Trust is not an affiliate of the Applicant. It controls Telephone and Data Systems, Inc. ("TDS"), which is a limited partner of the Applicant. Specifically, both as a matter of law and in accordance with Applicant's limited partnership agreement, the Voting Trust and TDS has neither *de jure* or *de facto* control over the Applicant:

---

[1] Other than William Vail, there are no other officers or directors of either the Applicant or the General Partner.

## Exhibit 2 - Indirect Ownership

William Vail owns 100% of Sunshine Spectrum, Inc., which in turn, owns the General Partnership Interest and 51% of Frequency Advantage, L.P.., which in turn, owns the sole General Partnership Interest and 10% of the Applicant's equity.

Allison Cryor DiNardo owns 100% of Nonesuch, Inc., which in turn, owns the Limited Partnership Interest and 49% of Frequency Advantage, L.P.., which in turn, owns the sole General Partnership Interest and 10% of the Applicant's equity.

Sunshine Spectrum, Inc. owns the General Partnership Interest and 51% of Frequency Advantage, L.P.., which in turn, owns the sole General Partnership Interest and 10% of the Applicant's equity.

Nonesuch, Inc. owns the Limited Partnership Interest and 49% of Frequency Advantage, L.P.., which in turn, owns the sole General Partnership Interest and 10% of the Applicant's equity.

United States Cellular Corporation ("USCC") owns 100% of USCC Wireless Investment, Inc., which in turn, owns the Limited Partnership Interest and 90% of the Applicant's equity.

Telephone and Data Systems, Inc. ("TDS") owns 84.16% of United States Cellular Corporation, which in turn, owns 100% of USCC Wireless Investment, Inc., which in turn owns the Limited Partnership Interest and 90% of the Applicant's equity.*

As explained in Exhibit 3, The Voting Trust (Telephone and Data Systems, Inc.) has a 56.40% controlling interest in Telephone and Data Systems, Inc., which in turn, owns 84.16% of United States Cellular Corporation, which in turn, owns 100% of USCC Wireless Investment, Inc., which in turn, owns the Limited Partnership Interest and 90% of Applicant's equity.**


*TDS' interest in USCC is based upon USCC's most recent FCC Form 602 filed on April 3, 2014.

**The Voting Trust's indirect interest is calculated in accordance with Section 1.2112(a)(6) of the Commission's rules. Because it has a controlling interest in TDS, the Voting Trust's interest in TDS is treated as if it owns 100%.

**Exhibit 3 - List of Entities Holding 10% or Greater
Voting and/or Beneficial Ownership Interests in
Telephone and Data Systems, Inc.**

On February 28, 2014, Telephone and Data Systems, Inc. ("TDS") had outstanding and entitled to vote 101,595,907 Common Shares, par value $.01 per share ("TDS Common Shares") (excluding 22,939,080 TDS Common Shares held by TDS and 1,010,133 TDS Common Shares held by a subsidiary of TDS), and 7,166,078 Series A Common Shares, par value $.01 per share ("TDS Series A Common Shares") (collectively representing a total of 108,761,985 shares of common stock; and 8,240 Preferred Shares, par value $0.01 per share ("TDS Preferred Shares").

In matters other than the election of directors, each of the TDS Preferred Shares is entitled to one vote, each of the TDS Series A Common Shares is entitled to ten votes and each of the TDS Common Shares is entitled to a vote per share that floats. The total voting power of the TDS Series A Common Shares was 71,660,780 votes at February 28, 2014 with respect to matters other than the election of directors. The total voting power of the TDS Common Shares was 54,690,010 votes at February 28, 2014 with respect to matters other than the election of directors. The total voting power of all outstanding shares of all classes of capital stock was 126,359,030 votes at February 28, 2014 with respect to matters other than the election of directors, including 8,240 votes by holders of TDS Preferred Shares.

In the election of eight of the directors, each of the TDS Series A Common Shares is entitled to ten votes and each of the Preferred Shares is entitled to one vote. As of February 28, 2014, the voting power of all such shares was 71,669,020 votes with respect to the election of such eight directors.

In the election of four of the directors, each of the TDS Common Shares is entitled to one vote. As of February 28, 2014, the voting power of the TDS Common Shares was 101,595,907 votes with respect to the election of such four directors.

### Voting Trust – Telephone and Data Systems, Inc.

The Voting Trust holds TDS Series A Common Shares and TDS Common Shares and was created to facilitate long-standing relationships among the trust's certificate holders. Under the terms of the Voting Trust, the Trustees hold and vote the TDS Series A Common Shares and TDS Common Shares held in the trust. As of February 28, 2014, the Voting Trust is the direct beneficial owner of (i) TDS Series A Common Shares, which are convertible on a share-for-share basis into TDS Common Shares, and (ii) TDS Common Shares.

The Voting Trust holds and the Trustees vote 6,790,328 TDS Series A Common Shares, representing approximately 94.8% of the outstanding TDS Series A Common Shares. The holders of TDS Series A Common Shares and TDS Preferred Shares are entitled to elect eight directors of TDS based on a board of twelve directors. The TDS Series A Common Shares also vote in matters other than the election of directors.

The Voting Trust holds and the Trustees vote 6,112,018 TDS Common Shares, representing approximately 6.0% of the outstanding TDS Common Shares. The holders of TDS Common Shares are entitled to elect four directors of TDS based on a board of twelve directors. The TDS Common Shares also vote in matters other than the election of directors.

The TDS Series A Common Shares and TDS Common Shares held by the Voting Trust represent approximately 53.7% and 2.6%, respectively, of the combined voting power of TDS' total shares that vote in matters other than the election of directors, for a combined voting power of 56.3% in matters other than the election of directors. Therefore, the Voting Trust elects a majority of the directors and directs a majority of the combined voting power of TDS in matters other than the election of directors.

No other individual or entity holds an aggregate 10 percent or greater equity or voting interest in TDS.

February 2014                           Page 2



FCC 602
Ownership Structure
February 28, 2014

Telephone and Data Systems, Inc.

84.16

United States Cellular Corporation

No individual or entity other than Telephone and Data Systems, Inc. holds an aggregate 10% or greater equity or voting interest in United States Cellular Corporation.

March, 2014
#28861026_v1

**Exhibit 3 (Amended) - List of Entities Holding 10% or Greater
Voting and/or Beneficial Ownership Interests in
Telephone and Data Systems, Inc.**

On February 28, 2014, Telephone and Data Systems, Inc. ("TDS") had outstanding and entitled to vote 101,595,907 Common Shares, par value $.01 per share ("TDS Common Shares") (excluding 22,939,080 TDS Common Shares held by TDS and 1,010,133 TDS Common Shares held by a subsidiary of TDS), and 7,166,078 Series A Common Shares, par value $.01 per share ("TDS Series A Common Shares") (collectively representing a total of 108,761,985 shares of common stock; and 8,240 Preferred Shares, par value $0.01 per share ("TDS Preferred Shares").

In matters other than the election of directors, each of the TDS Preferred Shares is entitled to one vote, each of the TDS Series A Common Shares is entitled to ten votes and each of the TDS Common Shares is entitled to a vote per share that floats. The total voting power of the TDS Series A Common Shares was 71,660,780 votes at February 28, 2014 with respect to matters other than the election of directors. The total voting power of the TDS Common Shares was 54,690,010 votes at February 28, 2014 with respect to matters other than the election of directors. The total voting power of all outstanding shares of all classes of capital stock was 126,359,030 votes at February 28, 2014 with respect to matters other than the election of directors, including 8,240 votes by holders of TDS Preferred Shares.

In the election of eight of the directors, each of the TDS Series A Common Shares is entitled to ten votes and each of the Preferred Shares is entitled to one vote. As of February 28, 2014, the voting power of all such shares was 71,669,020 votes with respect to the election of such eight directors.

In the election of four of the directors, each of the TDS Common Shares is entitled to one vote. As of February 28, 2014, the voting power of the TDS Common Shares was 101,595,907 votes with respect to the election of such four directors.

### Voting Trust – Telephone and Data Systems, Inc.

The Voting Trust holds TDS Series A Common Shares and TDS Common Shares and was created to facilitate long-standing relationships among the trust's certificate holders. Under the terms of the Voting Trust, the Trustees hold and vote the TDS Series A Common Shares and TDS Common Shares held in the trust. As of February 28, 2014, the Voting Trust is the direct beneficial owner of (i) TDS Series A Common Shares, which are convertible on a share-for-share basis into TDS Common Shares, and (ii) TDS Common Shares.

The Voting Trust holds and the Trustees vote 6,790,328 TDS Series A Common Shares, representing approximately 94.8% of the outstanding TDS Series A Common Shares. The holders of TDS Series A Common Shares and TDS Preferred Shares are entitled to elect eight directors of TDS based on a board of twelve directors. The TDS Series A Common Shares also vote in matters other than the election of directors.

The Voting Trust holds and the Trustees vote 6,112,018 TDS Common Shares, representing approximately 6.0% of the outstanding TDS Common Shares. The holders of TDS Common Shares are entitled to elect four directors of TDS based on a board of twelve directors. The TDS Common Shares also vote in matters other than the election of directors.

The TDS Series A Common Shares and TDS Common Shares held by the Voting Trust represent approximately 53.7% and 2.6%, respectively, of the combined voting power of TDS' total shares that vote in matters other than the election of directors, for a combined voting power of 56.3% in matters other than the election of directors. Therefore, the Voting Trust elects a majority of the directors and directs a majority of the combined voting power of TDS in matters other than the election of directors.

The TDS Voting Trust was established to maintain a unified voting block among like-minded shareholders. Shareholders deposit their shares into the Voting Trust and grant the Trustees the power to vote their shares as the mechanism for achieving this goal. Each shareholder who contributes his/her shares to the Voting Trust is entitled to receive the dividends paid with respect to those shares he/she deposits and each such shareholder can withdraw his/her shares from the Voting Trust at their election following compliance with a notice process. The shareholders who deposit their shares into the Voting Trust do not thereafter own a percentage of the Voting Trust assets. They continue to have the right to the return of the shares that were deposited into the Voting Trust. No shareholder who has deposited shares into the Voting Trust owned more than 3% of the total equity interest in TDS and thus, no shareholder has the right to receive shares that represent in excess of 3% of the total equity interests in TDS upon withdrawal.

No other individual or entity holds an aggregate 10 percent or greater equity or voting interest in TDS.



FCC 602
Ownership Structure
February 28, 2014

No individual or entity other than Telephone and Data Systems, Inc. holds an aggregate 10% or greater equity or voting interest in United States Cellular Corporation.

March, 2014
#28861026_v1