# EXHIBIT 5

# (Business Addresses Claimed By Advantage)







Vacant Sub-Office at 224 East Garden St., Unit 5A
Pensacola, FL





17180 SE 115th Terrace Rd, Summerfield, FL 34491
SOLD: $17
Sold on 06/3(
Zestima
I disagree



Strip Mall at 7012 SE Hwy 25A, Belleview, FL 34420