# EXHIBIT 6

# (Relators' Map Showing U.S. Cellular and Advantage Licenses)