# EXHIBIT 9
# (Vail Certifications)

## CERTIFICATION

I, William C. Vail, President of Sunshine Spectrum, Inc. the sole General Partner of Frequency Advantage, L.P., which is the sole General Partner of Advantage Wireless, L.P. ("Applicant"), hereby certify that:

1. The Agreements listed in Schedule B of the FCC Form 601 herein, as amended on the 23rd day of December, 2015, consist of the entirety of agreements, oral and written, including letters of intent, entered into by the Applicant and/or its disclosable interest holders that are required to be listed on Schedule B of the For 601.

   a. Applicant has listed and summarized all agreements and understandings, of any kind, that are in any way relevant to its eligibility as a very small business under the applicable Designated Entity provisions, including the establishment of de facto and/or de jure control or the presence or absence of material disclosable interests, associated with the Applicant. All such agreements and interests include articles of incorporation, bylaws, partnership agreements, shareholder agreements, voting or trust agreements, management or management services agreements, consulting agreements, franchise agreements, spectrum leasing arrangements, spectrum leasing (including wholesale) arrangements, spectrum use or network sharing arrangements and any other relevant agreements of any kind (including letters of intent), oral or written;

   b. All such agreements or arrangements including, but not limited to, any network or spectrum sharing arrangement or management agreement were in existence at the time of the Auction 97 Long-Form filing deadline, and since the Long-Form deadline, there have been no new or modified agreements; oral or written, that have been entered into by the Applicant or otherwise contemplated by the Applicant, other than those included in the amendment to the Application submitted on December 23, 2015; and

2. Neither Applicant nor any party acting on behalf of Applicant, has discussed or contemplated with any person or entity future agreements or arrangements of any of the types, including management services agreements, discussed above.

_____/s/_____

William C. Vail

**CERTIFICATION**

I, William C. Vail, President of Sunshine Spectrum, Inc. the sole General Partner of Frequency Advantage, L.P., which is the sole General Partner of Advantage Wireless, L.P. ("Applicant"), hereby certify that:

1. The Agreements listed in Schedule B of the FCC Form 601 herein, as amended on the 23rd day of December, 2015, as on February 7, 8 and 9, 2016 consist of the entirety of agreements, oral and written, including letters of intent, entered into by the Applicant and/or its disclosable interest holders that are required to be listed on Schedule B of the Form 601, specifically:

   a. Applicant has listed and summarized all agreements and understandings, of any kind, that are in any way relevant to its eligibility as a very small business under the applicable Designated Entity provisions, including the establishment of de facto and/or de jure control or the presence or absence of material disclosable interests, associated with the Applicant. All such agreements and interests include, but are not limited to, articles of incorporation, bylaws, partnership agreements, shareholder agreements, voting or trust agreements, management or management services agreements, consulting agreements, franchise agreements, spectrum leasing arrangements, spectrum leasing (including wholesale) arrangements, spectrum use or network sharing arrangements and any other relevant agreements of any kind (including letters of intent), oral or written; and

   b. All such agreements or arrangements including, but not limited to, any network or spectrum sharing arrangement or management agreement were in existence at the time of the Auction 97 Long-Form filing deadline, and since the Long-Form deadline, there have been no new or modified agreements; oral or written, that have been entered into or otherwise contemplated by the Applicant and/or its disclosable interest holders that are required to be listed on the Schedule B of Form 601, other than those included in the amendments to the Application submitted on December 23, 2015 and February 7, 8 and 9, 2016; and

2.  Neither Applicant nor any party acting on behalf of Applicant, has discussed or contemplated with any person or entity future agreements or arrangements of any of the types listed, by way of example above including, without limitation, management services agreements. Applicant acknowledges and agrees that any such future agreements or arrangements are subject to the reporting and approval requests in 47 C.F.R 1.2110 (n) and 1.2114 then in effect.

/s/

William C. Vail