# EXHIBIT 14

# (2020 DE Annual Report)

# **EXHIBIT 1**

  Advantage Spectrum, L.P. ("Filer") obtained a bidding credit with respect to the FCC licenses subject to this Designated Entity Annual Report. In accordance with Section 1.2110(n)(3) of the Commission rules, Filer references ULS File No.0007938910 filed on September 26, 2017, which lists and summarizes the agreements and arrangements that relate to Filer's designated entity benefits. The documents listed and summarized in ULS File No. 0007938910 remain current.

## **EXHIBIT 2**

      Progress In Meeting Construction Requirements: Advantage Spectrum, L.P. ("Filer") acquired AWS-3 Licenses (the "Licenses") in Auction No. 97. Filer must provide reliable signal coverage and offer service to at least 40 percent of the population in each of its license areas within six (6) years after license grant, and provide reliable signal coverage and offer service to at least 75 percent of the population in each of its license areas by the end of the initial twelve-year license term.. See 47 C.F.R. § 27.14(s). Filer is in the planning stages of construction and is considering equipment capabilities for these Licenses.[1]

      Services Provided or Planned: Voice and data services, including Broadband Internet Access.

      Number of Subscribers: Currently none for these Licenses.

---

[1] Filer is currently leasing multiple Licenses as well as a portion of multiple Licenses to USCC Services, LLC pursuant to a Spectrum Manager Lease. See ULS File Nos. 0009142955, 0009142976, and 0009146825.