# EXHIBIT 15

# (Leasing Notification Public Interest Statements)

FCC Form 608
Exhibit 1 (Main Form)
Page 1 of 2

## DESCRIPTION OF TRANSACTION
## AND PUBLIC INTEREST STATEMENT

By this application, Advantage Spectrum L.P. ("Advantage" or "Licensee") and USCC Services, LLC ("USCC-SVCS" or "Lessee") hereby notify the Commission of a Long-Term Spectrum Manager Lease Agreement entered into by the parties (the "Agreement").

**Description of Transaction**

Licensee holds the 76 AWS-3 authorizations listed in *Attachment A*. Under the Agreement, Licensee will lease 5 MHz of spectrum in each of the 76 market areas[1] to Lessee to allow Lessee to improve and enhance its voice and data service offerings in the noted areas. The Agreement has a term until July 5, 2028. Licensee will retain de jure and de facto control over the licenses for all stations during the term of the Spectrum Manager Lease, as defined in the Commission's Rules. The parties will comply with all obligations imposed by Part 1, Subpart X of the Commission's Rules as well as all applicable service-specific rules during the term of the Spectrum Manager Lease. Without limiting the foregoing, Licensee will remain responsible for all filings and communications with the Commission during that time, and has inspection rights that will enable it to ensure Licensee's compliance with the Commission's Rules during the lease term, as required by Section 1.9020(b) of the Commission's Rules. USCC-SVCS is a disclosable interest holder in Advantage through its parent company United States Cellular Corporation ("USCC"). As is shown in *Attachment A*, the Agreement will involve the leasing of less than 25 percent of the "spectrum capacity" of each of the licenses listed in that attachment measured on a MHz*pops basis. Thus the Agreement complies with Section 1.2110(c)(2)(ii) (J) of the FCC's Rules, since USCC-SVCS will not be "using" any more than 25 percent of any of those Advantage licenses "awarded with bidding credits." Accordingly, no unjust enrichment payments will be required in connection with the lease of any of those licenses.

**Ownership Report**

As noted, USCC-SVCS is wholly owned direct subsidiary of United States Cellular Corporation ("USCC"), which in turn is a majority-owned (82.20%) subsidiary of Telephone and Data Systems, Inc. ("TDS"). USCC and TDS are the real parties in interest in this application. Further information regarding USCC and TDS can be found in their Forms 602, "Ownership Disclosure for Wireless Telecommunications Services'" which are on file with the FCC. Lessee's qualifications to use the spectrum pursuant to the lease arrangement contemplated in this application are matters of public record.

**Spectrum Aggregation**

---

[1] Note: Call Sign WQXW428 excludes the following North Carolina counties: Durham, Orange, and Wake; Call Sign WQXW431 excludes the following South Carolina counties: Darlington, Dillon, Florence, Georgetown, Horry, Marion, and Williamsburg.

The lease arrangement does not raise any spectrum aggregation concerns. USCC's attributable spectrum holdings would not increase, owing to its existing interest held in Advantage. In a number of Advantage license areas, USCC already provides wireless services on or has an attributable interest in 600 MHz, 700 MHz, cellular, PCS, AWS-1, and/or AWS-3 frequencies. As is shown in ***Attachment B***, USCC currently directly holds, or has attributed to it, various amounts of CMRS spectrum ranging from 10 MHz to 161 MHz in markets overlapping the leased Advantage license areas. USCC's total attributable CMRS spectrum holdings would not exceed the Commission's initial spectrum "screen" as a result of this transaction.[2]

**Public Interest Statement**

The lease arrangement is in the public interest, convenience and necessity. The lease arrangement would allow Lessee to utilize additional spectrum in its existing license area, thus enhancing its provision of wireless telecommunications service in the relevant geographic area. The lease arrangement is consistent with the Commission's Rules and does not require any waivers.

---

[2] Currently, the amount of spectrum considered "suitable and available for mobile wireless use" is 715.5 MHz. See In the Matter of Communications Marketplace Report, FCC 18-181, Paragraph 32, Figure A-23, released December 26, 2018. One third of that amount, the FCC's initial spectrum "screen," is approximately 239 MHz. This transaction will not cause USCC to exceed the spectrum screen in any county.

FCC Form 608
Exhibit 1 (Main Form)
Page 1 of 2

## DESCRIPTION OF TRANSACTION
## AND PUBLIC INTEREST STATEMENT

By this application, Advantage Spectrum L.P. ("Advantage" or "Licensee") and USCC Services, LLC ("USCC-SVCS" or "Lessee") hereby notify the Commission of a Long-Term Spectrum Manager Lease Agreement entered into by the parties (the "Agreement").

### Description of Transaction

Licensee holds the 43 AWS-3 authorizations in *Attachment A*. Under the Agreement, Licensee will lease the full 12 MHz of spectrum in each of the 43 market areas to Lessee to allow Lessee to improve and enhance its voice and data service offerings in the noted areas. The Agreement has a term until July 5, 2028. Licensee will retain *de jure* and *de facto* control over the licenses for all stations during the term of the Spectrum Manager Lease, as defined in the Commission's Rules. The parties will comply with all obligations imposed by Part 1, Subpart X of the Commission's Rules as well as all applicable service-specific rules during the term of the Spectrum Manager Lease. Without limiting the foregoing, Licensee will remain responsible for all filings and communications with the Commission during that time, and has inspection rights that will enable it to ensure Licensee's compliance with the Commission's Rules during the lease term, as required by Section 1.9020(b) of the Commission's Rules. USCC-SVCS is a disclosable interest holder in Advantage through its parent company United States Cellular Corporation ("USCC"). Because its leases of the AWS-3 authorizations listed in *Attachment A* will result in USCC's having an "agreement to use" more than 25 percent of Advantage's spectrum awarded with bidding credits in each of the markets listed in *Attachment A*, Advantage will owe "unjust enrichment" payments in connection with each of those licenses in accordance with Section 1.2110(c)(2)(ii)(J) of the FCC's Rules.

### Ownership Report

As noted, USCC-SVCS is wholly owned direct subsidiary of United States Cellular Corporation ("USCC"), which in turn is a majority-owned (82.20%) subsidiary of Telephone and Data Systems, Inc. ("TDS"). USCC and TDS are the real parties in interest in this application. Further information regarding USCC and TDS can be found in their Forms 602, "Ownership Disclosure for Wireless Telecommunications Services'" which are on file with the FCC. Lessee's qualifications to use the spectrum pursuant to the lease arrangement contemplated in this application are matters of public record.

### Spectrum Aggregation

The lease arrangement does not raise any spectrum aggregation concerns. USCC's attributable spectrum holdings would not increase, owing to its existing interest held in Advantage. In a number of Advantage license areas, USCC already provides wireless services on or has an attributable interest in 600 MHz, 700 MHz, cellular, PCS, AWS-1, and/or AWS-3 frequencies. As is shown in *Attachment B*, USCC currently directly holds, or has attributed to it, various amounts

FCC Form 608
Exhibit 1 (Main Form)
Page 2 of 2

of CMRS spectrum ranging from 10 MHz to 161 MHz in markets overlapping the leased Advantage license areas. USCC's total attributable CMRS spectrum holdings would not exceed the Commission's initial spectrum "screen" as a result of this transaction.[1]

**Public Interest Statement**

The lease arrangement is in the public interest, convenience and necessity. The lease arrangement would allow Lessee to utilize additional spectrum in its existing license area, thus enhancing its provision of wireless telecommunications service in the relevant geographic area. The lease arrangement is consistent with the Commission's Rules and does not require any waivers.

---

[1] Currently, the amount of spectrum considered "suitable and available for mobile wireless use" is 715.5 MHz. See In the Matter of Communications Marketplace Report, FCC 18-181, Paragraph 32, Figure A-23, released December 26, 2018. One third of that amount, the FCC's initial spectrum "screen," is approximately 239 MHz. This transaction will not cause USCC to exceed the spectrum screen in any county.

FCC Form 608
Exhibit 1 (Main Form)
Page 1 of 2

## DESCRIPTION OF TRANSACTION
## AND PUBLIC INTEREST STATEMENT

By this application, Advantage Spectrum L.P. ("Advantage" or "Licensee") and USCC Services, LLC ("USCC-SVCS" or "Lessee") hereby notify the Commission of a Long-Term Spectrum Manager Lease Agreement entered into by the parties (the "Agreement").

**Description of Transaction**

Licensee holds the two AWS-3 authorizations in *Attachment A*. Under the Agreement, Licensee will lease the full 12 MHz of spectrum in each of the two market areas[1] to Lessee to allow Lessee to improve and enhance its voice and data service offerings in the noted areas. The Agreement has a term until July 5, 2028. Licensee will retain *de jure* and *de facto* control over the licenses for all stations during the term of the Spectrum Manager Lease, as defined in the Commission's Rules. The parties will comply with all obligations imposed by Part 1, Subpart X of the Commission's Rules as well as all applicable service-specific rules during the term of the Spectrum Manager Lease. Without limiting the foregoing, Licensee will remain responsible for all filings and communications with the Commission during that time, and has inspection rights that will enable it to ensure Licensee's compliance with the Commission's Rules during the lease term, as required by Section 1.9020(b) of the Commission's Rules. USCC-SVCS is a disclosable interest holder in Advantage through its parent company United States Cellular Corporation ("USCC"). Because its leases of the AWS-3 authorizations listed in *Attachment A* will result in USCC's having an "agreement to use" more than 25 percent of Advantage's spectrum awarded with bidding credits in each of the markets listed in *Attachment A*, Advantage will owe "unjust enrichment" payments in connection with each of those licenses in accordance with Section 1.2110(c)(2)(ii)(J) of the FCC's Rules.

**Ownership Report**

As noted, USCC-SVCS is wholly owned direct subsidiary of United States Cellular Corporation ("USCC"), which in turn is a majority-owned (82.20%) subsidiary of Telephone and Data Systems, Inc. ("TDS"). USCC and TDS are the real parties in interest in this application. Further information regarding USCC and TDS can be found in their Forms 602, "Ownership Disclosure for Wireless Telecommunications Services'" which are on file with the FCC. Lessee's qualifications to use the spectrum pursuant to the lease arrangement contemplated in this application are matters of public record.

**Spectrum Aggregation**

The lease arrangement does not raise any spectrum aggregation concerns. USCC's attributable spectrum holdings would not increase, owing to its existing interest held in Advantage.

---

[1] The lease involving FCC Call Sign WQXW507 excludes the following North Carolina counties: Avery, Caldwell, and Watauga; the lease involving FCC Call Sign WQXW531 excludes the following Texas counties: Haskell, Schackelford, Stephens, Throckmorton, and Young

FCC Form 608
Exhibit 1 (Main Form)
Page 2 of 2

In a number of Advantage license areas, USCC already provides wireless services on or has an attributable interest in 600 MHz, 700 MHz, cellular, PCS, AWS-1, and/or AWS-3 frequencies. As is shown in *Attachment B*, USCC currently directly holds, or has attributed to it, various amounts of CMRS spectrum ranging from 47 MHz to 89 MHz in markets overlapping the leased Advantage license areas. USCC's total attributable CMRS spectrum holdings would not exceed the Commission's initial spectrum "screen" as a result of this transaction.[2]

**Public Interest Statement**

The lease arrangement is in the public interest, convenience and necessity. The lease arrangement would allow Lessee to utilize additional spectrum in its existing license area, thus enhancing its provision of wireless telecommunications service in the relevant geographic area. The lease arrangement is consistent with the Commission's Rules and does not require any waivers.

---

[2] Currently, the amount of spectrum considered "suitable and available for mobile wireless use" is 715.5 MHz. See In the Matter of Communications Marketplace Report, FCC 18-181, Paragraph 32, Figure A-23, released December 26, 2018. One third of that amount, the FCC's initial spectrum "screen," is approximately 239 MHz. This transaction will not cause USCC to exceed the spectrum screen in any county.