# EXHIBIT 16
# (Construction Notice Example)

## I. AWS-3 Executive Summary

Call Sign:            WQXW444
Licensee:             Advantage Spectrum, L.P.
Market:               BEA126 - Western Oklahoma OK
Frequency Block:      Block H in the 1760-1765 MHz and 2160-2165 MHz
Population Coverage: 62,641 of the total 142,625 pops 43.9%

## II. Introductory Statement

This Engineering Exhibit has been prepared in accordance with Section 27.14(s) of the Federal Communication Commission's Rules. That provision requires AWS-3 A1, B1, G, H, I, and J Block licensees to make a showing of substantial service in their licensed area by the end of the license term. Advantage Spectrum, L.P. ("Advantage") is the AWS-3 Block H Licensee in the Bureau of Economic Analysis Economic Area of BEA126 - Western Oklahoma OK market.

## III. Construction Requirements and Timeframes

Section 27.14(s) of the Commission's rules requires AWS-3 requires licensees in the 1695-1710 MHz, 1755-1780 MHz, and 2155-2180 MHz bands to provide reliable signal coverage and offer service within six (6) years from the date of the initial license to at least forty (40) percent of the population in each of its licensed areas ("Interim Buildout Requirement").[1] Commission's rules require licensees to demonstrate compliance with this performance benchmark by filing a construction notification no later than 15 days after the build-out deadline.[2]

## IV. Technology Deployed

Advantage has entered into a spectrum management lease agreement with USCC Services, LLC – FCC File No.: 0009146825 ("USCC") to provide coverage throughout portions of its licensed area. The Commission's Wireless Telecommunications Bureau granted the lease notification in December of 2021. Advantage is permitted to rely on the USCC coverage in its licensed area to meet the interim-term build obligation.

4G-LTE technology, a 4th Generation wireless technology ("4G LTE") is being used to provide coverage within the licensed area. The Appendix at the end of the document provides the Reverse and Forward Link Budget specifics.

## V. Target Data Rates

4G LTE users can expect a typical data speed of 3-6 Mbps for downloads and 1-3 Mbps for uploads. 4G LTE users can experience peak speeds of 31 Mbps for downloads and 11 Mbps for

---

[1] 47 C.F.R. §27.14(s)(1).
[2] 47 C.F.R. §1.946(d).

uploads. Actual speeds may vary due to area, coverage, and sector loadings.

## VI. Propagation Tool and Model Utilized

The Forsk Atoll RF propagation tool along with the Aster model is being used to determine reliable coverage areas where service is being provided. The Forsk Atoll is a propagation tool that is widely used in the wireless industry. This build-out showing utilizes Reference Signal Receive Power ("RSRP") for the reliable coverage area. The RSRP level of -119 dBm is determined by the link budget summarized in the Appendix.

## VII. Coverage Area Calculation - Methodology

Advantage has chosen the 2010 U.S. Census Bureau data to determine the total population within the licensed area. The total population for Advantage's licensed area in BEA126 - Western Oklahoma OK is 142,625.

## VIII. Service Area Predictions

As noted above, the Forsk Atoll RF propagation prediction tool is being used to determine areas of reliable service within its licensed area. The Aster propagation model was used within the Forsk Atoll tool to predict the coverage. Models are tuned and calibrated as per industry standard.

## IX. Coverage Map

Attached is a coverage map, reflecting the methodology discussed above, which was prepared consistent with industry practices for wireless communications. The map clearly and accurately displays the system coverage area and market boundaries.

## X. Area Coverage Calculation

The service area signal level coverage is overlaid upon the geographic license area. A calculation is made to determine the percentage of the population where the RSRP is -119 dBm or higher and covering 62,641 of the total 142,625 served 43.9% of the population with a signal level sufficient to provide substantial service within the licensed geographic area.

This level of service may well increase, through construction of additional facilities in the market or adjacent markets.

## XI. Conclusion

In view of the above, Advantage has met the build-out construction requirements.

2

## XII. Appendix

### Site configuration - link budget:

Maximum Allowable Path Loss (MAPL) for Link Budget Parameters

| | Forward Link Budget (MAPL) | | |
|---|---|---|---|
| | Units | Value | Comments |
| eNB Tx Power | dBm | 43.01 | Forsk Atoll uses power per port |
| # RBs | | 25 | 5 MHz LTE frequency band |
| Tx Cable Loss | dB | 0.5 | |
| Antenna Gain | dBi | 18 | |
| Tx EIRP | dBm | 60.51 | 43.01 – 0.5 + 18 |
| EIRP Per RE | dBm | 35.74 | $10*LOG(10^{\wedge}(60.51/10)/(25*12))$ |
| Total Noise Power per RE at UE | dBm | -124.21 | Calculated with a 8 dB NF for the UE device<br>$10*LOG(((10^{\wedge}(-173.98/10))*15000))+8$ |
| Required C/I | dB | 3.29 | Required C/I for substantial data service in an outdoor environment |
| Rx Sensitivity per RE | dBm | - 120.92 | -124.21+3.29 |
| Rx antenna Gain (CPE) | dBi | 9 | |
| Interference Margin | dB | 6.22 | |
| Other Margins and gains | dB | 4.7 | |
| **Max Allowable Path Loss (MAPL)** | **dB** | **154.74** | MAPL to be used in Forward Link Budget  35.74-(-120.92)+9-6.22-4.7 |

| Reverse Link Budget MAPL | | | |
|---|---|---|---|
| | Units | Value | Comments |
| Mobile Tx | dBm | 23 | |
| # RBs | | 2 | |
| CPE Antenna Gain | dBi | 9 | |
| EiRP Per RE | dBm | 18.2 | 10*LOG(10^((23+9)/10)/(2*12)) |
| Total Noise Power per RE | dBm | - 130.21 | Calculated with a 2 dB NF for the eNB 10*LOG(((10^(-173.98/10))*15000))+2 |
| Required C/I | dB | 4.37 | Required C/I for substantial data service in an outdoor environment |
| Rx Sensitivity per RE | dBm | - 125.84 | -130.21 + 4.37 |
| RX Antenna Gain | dBi | 17.7 | |
| Rx Cable Loss | dB | 0.5 | |
| Interference Margin | dB | 2.5 | |
| Other margins & gains | dB | 3.96 | |
| **Max Allowable Path Loss (MAPL)** | dB | 154.78 | MAPL to be used in Forward Link Budget  18.2-(-125.84)+17.7-0.5-2.5-3.96 |

As indicated above, MAPL (Max Allowable Path Loss) of 154.74 is closely balanced here for both DL and UL.

4

| Forward Link Budget (Reference Signal Received Power) | | | |
|---|---|---|---|
| | Units | Value | |
| Tx | dBm | 43.01 | |
| # RBs | | 25 | |
| Tx Per RE | dBm | 18.24 | 10*LOG(10^(43.01/10)/(25*12)) |
| Antenna Gain | dBi | 18 | |
| Tx Cable Loss | dB | 0.5 | |
| Tx EiRP Per RE | dBm | 35.74 | 18.24+18-0.5 |
| MAPL | dB | 154.74 | Minimum of reverse and forward link budget |
| **RSRP** | **dBm** | **- 119** | 35.74-154.74 |

5

**Advantage Spectrum, L.P.**
**BEA126 – Western Oklahoma, OK (WQXW444)**
**Interim-Term Coverage Showing**

Legend:
- License Boundary
- County Boundary
- Coverage Area (LTE - RSRP of -119dBm)
- Areas Not Being Served
- Site Location

Prepared 03.15.2022

Geographical Latitude/Longitude Projection

Scale: 0 – 25 miles