IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. MARK J. O'CONNOR and SARA F. LEIBMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES CELLULAR CORPORATION, USCC WIRELESS INVESTMENT, INC., TELEPHONE AND DATA SYSTEMS, INC., KING STREET WIRELESS, L.P., KING STREET INC., ADVANTAGE SPECTRUM, L.P., FREQUENCY ADVANTAGE, L.P., SUNSHINE SPECTRUM, INC., NONESUCH, INC., and ALLISON CRYOR DINARDO,<br><br>    Defendants. | Case No. 20-CV-2070-TSC<br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION TO DISMISS OF DEFENDANTS
KING STREET WIRELESS, L.P., KING STREET WIRELESS, INC., AND
<u>ALLISON CRYOR DINARDO</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants King Street Wireless, L.P., King Street Wireless, Inc., and Allison Cryor DiNardo respectfully move to dismiss this case in its entirety with prejudice.  As explained in the accompanying memorandum of points and authorities, Relators' Amended Complaint is barred by the False Claim's Act's public disclosure bar, fails to state a claim upon which relief can be granted, and fails to satisfy the pleading requirements under Federal Rules of Civil Procedure 8 and 9(b).  A proposed order also accompanies this motion.  Defendants respectfully request an oral hearing on this motion pursuant to this Court's Local Civil Rule 7(f).

Dated: June 13, 2022                               By: */s/ Andrew S. Tulumello*

                                                              Andrew S. Tulumello, DC Bar No. 468351
Chantale Fiebig, DC Bar No. 487671
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, N.W.
Washington, DC 20036
Telephone: (202) 682-7100
Facsimile: (202) 857-0940
drew.tulumello@weil.com
chantale.fiebig@weil.com

*Attorneys for Defendants King Street Wireless, L.P., King Street Wireless, Inc., and Allison Cryor DiNardo*

## **CERTIFICATE OF SERVICE**

I, Andrew S. Tulumello, an attorney for Defendants King Street Wireless, L.P., King Street Wireless, Inc., and Allison Cryor DiNardo, hereby certify that on this 13th day of June, 2022, I filed and therefore caused the foregoing document and its attachments to be served via the CM/ECF system in the United States District Court for the District of Columbia on all parties via registered CM/ECF in the above-captioned matter. I also served the following by the following means:

<u>Via Email:</u>

Elspeth A. England, Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch, Fraud Section
Elspeth.A.England@usdoj.gov

*Counsel for the United States*

                                                */s/ Andrew S. Tulumello*
                                                Andrew S. Tulumello