IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. MARK J. O'CONNOR and SARA F. LEIBMAN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CELLULAR CORPORATION, USCC WIRELESS INVESTMENT, INC., TELEPHONE AND DATA SYSTEMS, INC., KING STREET WIRELESS, L.P., KING STREET INC., ADVANTAGE SPECTRIUM, L.P., FREQUENCY ADVANTAGE, L.P., SUNSHINE SPECTRUM, INC., NONESUCH, INC., and ALLISON CRYOR DINARDO,<br><br>Defendants. | Case No. 20-CV-2070-TSC<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF BRIAN LIEGEL IN SUPPORT OF MOTION TO DISMISS OF DEFENDANTS KING STREET WIRELESS, L.P., KING STREET <u>WIRELESS, INC., AND ALLISON CRYOR DINARDO</u>**

I, Brian Liegel, hereby declare as follows under penalty of perjury:

1. I am an associate at the law firm of Weil, Gotshal & Manges LLP, counsel in the above-captioned matter to Defendants King Street Wireless, L.P., King Street Wireless, Inc., and Allison Cryor DiNardo (collectively, "the King Street Defendants");

2. I submit this declaration in support of the King Street Defendants' Motion to Dismiss;

3. Attached as **Exhibit A** is a true and correct copy of the Stock Purchase Agreement between Allison Cryor DiNardo and Will Vail, filed at FCC ULS File No. 0006668843 on February 7, 2016, as made available at https://wireless2.fcc.gov/UlsEntry/attachments/attachmentViewRD.jsp;ATTACHMENTS=RkvyvjPPhrSVvGC1tLPnvRwlBKFFpT1bFb31H05QmlG6w5J2Cfzy!523590052!1562774972?applType=search&fileKey=1454861843&attachmentKey=19860672&attachmentInd=applAttach;

4. Attached as **Exhibit B** is a true and correct copy of Advantage Spectrum, L.P.'s Amendment to Long-Form Application, Exhibit D: Agreement and Other Instruments, filed at FCC ULS File No. 000666843 on February 7, 2016, as made available at https://wireless2.fcc.gov/UlsEntry/attachments/attachmentViewRD.jsp?applType=search&fileKey=317821051&attachmentKey=19860677&attachmentInd=applAttach;

5. Attached as **Exhibit C** is a true and correct copy of the Bidding Protocol Agreement submitted with Advantage Spectrum, L.P.'s Long-Form Application, filed at FCC ULS File No. 0006668843 on March 20, 2015, as made available at https://wireless2.fcc.gov/UlsEntry/attachments/attachmentViewRD.jsp?applType=search&fileKey=71062304&attachmentKey=19625581&attachmentInd=applAttach;

6. Attached as **Exhibit D** is a true and correct copy of U.S. Cellular's Form 8-K,

dated February 2, 2015, as made available at

https://www.sec.gov/Archives/edgar/data/821130/000082113015000004/usmform8k.htm;

      7.      Attached as **Exhibit E** is a true and correct copy of the King Street Notice of *Ex Parte* Communication, filed at FCC WT Docket 11-18 on November 30, 2011, as made available at https://www.fcc.gov/ecfs/file/download/7021749099.pdf?file_name=7021749099.pdf;

      8.      Attached as **Exhibit F** is a true and correct copy of the U.S. Cellular *Ex Parte* Presentation, filed at FCC WT Docket 12-69 on December 3, 2012, as made available at https://www.fcc.gov/ecfs/file/download/7022073964.pdf?file_name=7022073964.pdf;

      9.      Attached as **Exhibit G** is a true and correct copy of the Amended Exhibit 2 (Redacted – For Public Inspection) to the U.S. Cellular Auction 901 Long-Form Application, filed at FCC Applic. File No. 0005476908 on June 5, 2013, as made searchable at https://auctionfiling.fcc.gov/form175/search175/index.htm;

      10.      Attached as **Exhibit H** is a true and correct copy of the U.S. Cellular *Ex Parte* Filing, filed at FCC Docket No. IB 11-149 on February 8, 2012, as made available at https://www.fcc.gov/ecfs/file/download/7021859009.pdf?file_name=7021859009.pdf;

      11.      Attached as **Exhibit I** is a true and correct copy of the U.S. Cellular *Ex Parte* Filing, filed at FCC WT Docket 12-69 on January 24, 2013, as made available at https://www.fcc.gov/ecfs/file/download/7022111812.pdf?file_name=7022111812.pdf;

      12.      Attached as **Exhibit J** is the letter from Telephone & Data Systems, Inc. to Larry Spirgel, Assistant Director, Securities and Exchange Commission dated August 3, 2017, as made available at https://www.sec.gov/Archives/edgar/data/1051512/000105151217000053/filename1.htm;

      13.      Attached as **Exhibit K** is a true and copy of the Amended Complaint, ECF No. 11

in *Lampert & O'Connor, P.C. v. Carroll Wireless, L.P.*, No. 1:07-cv-800 (JDB) (D.D.C.) (the "2008 Complaint"), filed on April 24, 2008;

      14.     Attached as **Exhibit L** is a true and correct copy of King Street Wireless, L.P.'s Response to Inquiry (Redacted), filed at FCC ULS File No. 0003379814 on May 8, 2009, as made available at

https://wireless2.fcc.gov/UlsEntry/attachments/attachmentViewRD.jsp?applType=search&fileKey=1343706490&attachmentKey=18399852&attachmentInd=applAttach;

      15.     Attached as **Exhibit M** is a true and correct copy of the Agreement Establishing Frequency Advantage, L.P. (the "Frequency LP Agreement") submitted with Advantage Spectrum, L.P.'s Long-Form Application, filed at FCC File No. 0006668843 on March 20, 2015, as made available at

https://wireless2.fcc.gov/UlsEntry/attachments/attachmentViewRD.jsp?applType=search&fileKey=712362099&attachmentKey=19625579&attachmentInd=applAttach.

I declare under penalty of perjury that the foregoing is true and correct.

                                                */s/ Brian Liegel*
                                                Brian Liegel

Executed at Miami, Florida on June 13, 2022.