# EXHIBIT C

EXECUTION COPY

**BIDDING PROTOCOL**

ACTIVE 201666121v.4

## BIDDING PROTOCOL

THIS AGREEMENT is made as of the 11th day of September, 2014, by and among Frequency Advantage, L.P. (the "General Partner"), Advantage Spectrum, L.P. (the "Company") and USCC Wireless Investment, Inc. (the "Limited Partner"). The General Partner and the Limited Partner are sometimes hereinafter referred to as the "Partners."

This Agreement will confirm the understanding among ourselves regarding the participation by the Company in auction number 97 (the "Auction"), conducted by the Federal Communications Commission ("FCC"), with respect to advanced wireless services licenses (the "AWS-3 Licenses") as set forth in Parts 1, 24 and 27 of Title 47 of the Code of Federal Regulations ("CFR"), scheduled to commence on November 13, 2014. It is the intent and desire of the parties to provide for the orderly and fiscally prudent participation of the Company in the Auction. Reference is made to the following agreement between the Partners of even date herewith: the Agreement Establishing the Advantage Spectrum, L.P. (the "Partnership Agreement"). Certain terms defined in the Partnership Agreement and not otherwise defined herein are used herein as so defined.

1.  Business Plan. The Partners have agreed to a list of markets which the Company will seek to acquire in the Auction as set forth on Exhibit A hereto (the "Markets").

2.  Bidding Council. As of the date hereof, a bidding council consisting of Will Vail (the "Manager"), Allison Cryor DiNardo and one (1) representative of the Limited Partner (the "LP Representative," and together with Allison Cryor DiNardo and the Manager, the "Bidding Council") shall be established. The initial LP Representative is listed on Schedule 1 attached hereto. The LP Representative may be changed only by written notice to the Company. The alternate LP Representative, in the event the LP Representative cannot be reached, the order in which each alternate should be contacted, and the telephone, cellular phone and telecopier numbers at which each can be reached at all times on the day(s) on which the Auction will be held, is set forth on Schedule 2 attached hereto. Names and numbers for the contact persons may only be changed by written notice to the Company. The Bidding Council shall possess certain rights and duties in connection with the Company's participation in the Auction for AWS-3 Licenses as set forth in this Agreement, and the Company agrees to be bound by limitations set forth in this Agreement.

3.  General Procedures. The Manager shall host a teleconference with the other members of the Bidding Council (each, a "Bidding Teleconference") to review the bids to be submitted during each round in which bids with respect to AWS-3 Licenses are to be submitted to the FCC (each, a "Bidding Round") within a reasonable period of time prior to each Bidding Round. Except as set forth in paragraphs 4 and 5, the Manager may, at his discretion, submit successively higher bids with respect to one or more Economic Areas ("EA") or Cellular Market Areas ("CMA"), so long as such successively higher bids do not exceed the Initial Maximum Price (as defined below) for any EA/CMA. The Manager shall use his best efforts to deliver to the other members of the Bidding Council a written report on the bids submitted in each Bidding Round reasonably promptly after the submission of such bids.

ACTIVE 201666121v.4

4. <u>Overall Bidding Cap</u>. The Company shall not enter gross bids for AWS-3 Licenses in an aggregate amount in excess of $413,333,333 million (the "Overall Bidding Cap"). The Partners, by mutual agreement, may increase or decrease the Overall Bidding Cap, from time to time, by providing the Company with written notice of such new Overall Bidding Cap. Any such notice shall be effective upon receipt by the Company and shall automatically be deemed to revoke or supercede any previous limit.

5. <u>Maximum Price Per License</u>. The initial maximum bid price per license (each, an "Initial Maximum Price") for each AWS-3 License in an EA or CMA is listed on <u>Exhibit A</u> hereto. Except as set forth below, the Manager shall determine the EA(s)/CMA(s), and AWS-3 Licenses with respect thereto, and their rank order if more than one AWS-3 License, on which the Company will enter bids at each round of the Auction and the respective bid amounts, in each case up to the Initial Maximum Price, to be entered.

6. <u>Authorized Increases</u>. The Bidding Council, by unanimous agreement, may authorize an increase in any Initial Maximum Price for any AWS-3 License within an EA or CMA, provided that such increase shall not cause the Company to exceed the Overall Bidding Cap.

7. <u>Miscellaneous</u>.

    a. <u>Governing Law</u>. This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware, without regard to principles of conflicts of laws.

    b. <u>Entire Understanding</u>. This Agreement sets forth the entire understanding of the parties hereto with respect to the transactions contemplated hereby and supersedes any prior written or oral understandings with respect thereto. This Agreement shall bind and inure to the benefit of the parties hereto and their respective successors and assigns.

    c. <u>Counterparts</u>. This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same document.

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]**

IN WITNESS WHEREOF, the undersigned have executed this Agreement as an instrument under seal as of the date first above written.

        Frequency Advantage, L.P.
        By: Sunshine Spectrum, Inc., its General Partner

        By: *[signature]*
        Name: Will Vail
        Title: President


USCC Wireless Investment, Inc.


By:_____
Name: Steven T. Campbell
Title: Vice President and Treasurer


        Advantage Spectrum, L.P.,
        By: Frequency Advantage, L.P., its General Partner
            By: Sunshine Spectrum, Inc., its General Partner
            By: *[signature]*
        Name: Will Vail
        Title: President

SIGNATURE PAGE
TO BIDDING PROTOCOL FOR AUCTION 97

IN WITNESS WHEREOF, the undersigned have executed this Agreement as an instrument under seal as of the date first above written.

        Frequency Advantage, L.P.
        By:  Sunshine Spectrum, Inc., its General Partner

        By:_____
        Name:  Will Vail
        Title:  President


USCC Wireless Investment, Inc.

By: *[signature: S. Campbell]*_____
Name:  Steven T. Campbell
Title:  Vice President and Treasurer


Advantage Spectrum, L.P.,
By:  Frequency Advantage, L.P., its General Partner
        By:  Sunshine Spectrum, Inc., its General Partner
        By:_____
        Name:  Will Vail
        Title:  President

SIGNATURE PAGE
TO BIDDING PROTOCOL FOR AUCTION 97

3

**EXHIBIT A**

## Designated Markets and Maximum Gross Price Per License

| License Description | Maximum Gross Price Per MHz POP for License |
|---|---|
| **G Block Licenses:** | |
| Overlapping U.S. Cellular Operating CMAs | $1.33 |
| All Other CMAs | The greater of (i) the Opening Minimum Bid as established by the FCC plus 200%, or (ii) $0.40 |
| **H, I and J Block Licenses:** | |
| U.S. Cellular Operating POPs Overlap ≥ 90% of BEA POPs | $1.33 |
| U.S. Cellular Operating POPs Overlap <90% and ≥ 50% of BEA POPs | $1.05 |
| U.S. Cellular Operating POPs Overlap < 50% and ≥25% of BEA POPs | $0.80 |
| U.S. Cellular Operating POPs Overlap < 25% of BEA POPs | The greater of (i) the Opening Minimum Bid plus 200%, or (ii) $0.40 |
| **A1 and B1 Block Licenses:** | $0.00 |
| Overall Gross Bidding Cap (Net $310,000,000) | $  413,333,333 |

**SCHEDULE 1**

**BIDDING COUNCIL**

| **Limited Partner** | **Limited Partner Representative** | **Contact Information** |
|---|---|---|
| USCC Wireless Investment, Inc. | Scott H. Williamson | Telephone: (312) 592-5382<br>Cellular: (847) 612-8090<br>Fax: (312) 630-9299 |

**SCHEDULE 2**

**ALTERNATE CONTACT PERSONS**

| Limited Partner | Alternate Limited Partner Representative | Contact Information |
| --- | --- | --- |
| USCC Wireless Investment, Inc. | Kenneth M. Kotylo | Telephone: (312) 592-5359<br>Cellular: (312) 437-0283<br>Fax: (312) 630-9299 |
| USCC Wireless Investment, Inc. | Daniel E. Loy | Telephone: (312) 592-5315<br>Cellular: (847) 322-5315<br>Fax: (312) 630-9299 |