# EXHIBIT E

**LUKAS, NACE,
GUTIERREZ & SACHS, LLP**

8300 GREENSBORO DRIVE, SUITE 1200
MCLEAN, VIRGINIA 22102
703 584 8678 • 703 584 8696 FAX

WWW.FCCLAW.COM

RUSSELL D. LUKAS
DAVID L. NACE
THOMAS GUTIERREZ*
ELIZABETH R. SACHS*
DAVID A. LaFURIA
PAMELA L. GIST
TODD SLAMOWITZ*
BROOKS E. HARLOW*
TODD B. LANTOR*
STEVEN M. CHERNOFF*
KATHERINE PATSAS NEVITT*

CONSULTING ENGINEERS
ALI KUZEHKANANI
LEILA REZANAVAZ

OF COUNSEL
GEORGE L. LYON, JR.
LEONARD S. KOLSKY*
JOHN CIMKO*
J. K. HAGE III*
JOHN J. McAVOY*
HON. GERALD S. McGOWAN*
TAMARA DAVIS BROWN*
JEFFREY A. MITCHELL
ROBERT S. KOPPEL*

*NOT ADMITTED IN VA

**Writer's Direct Dial:**
(202) 828-9470
tgutierrez@fcclaw.com

November 30, 2011

Marlene H. Dortch, Secretary
Federal Communications Commission
445 12th Street, S.W.
Washington, DC  20554

      Re: WT Docket No. 11-18
         File No. 0004566825
         RM-11592

Dear Madam Secretary:

  Yesterday, the undersigned, representing King Street Wireless, L.P., and Grant Spellmeyer, Joe Hanley, Jeff Baenke, Roberto Yanez, and Narothum Saxena, all representing U.S. Cellular, Corp., ("USCC") met with Jim Schlichting and Tom Peters of the Wireless Telecommunications Bureau and discussed matters as set forth below.  No materials were handed out and several of the USCC representatives participated via telephone.

  In response to questions from Bureau representatives, the Bureau was advised that:

1. King Street, in conjunction with USCC, plans to provide LTE services in select markets, likely commencing in the first quarter of 2012.

2. The joint effort involves only limited OEM support at this time.

3. With respect to initial devices, we expect to offer a tablet and a smartphone.

4. The LTE offering will be data only, although it likely will be combined with some form of voice offering.

Marlene H. Dortch, Secretary
November 30, 2011
Page 2

    5.  Handsets will involve dual radios at multiple band chips.

    6.  The offering is expected to expand over time, to include additional markets in a series of build out waves.

Should any questions arise, please communicate directly with the undersigned.

                                      Very truly yours,

                                      */s/*  Thomas Gutierrez
                                      Counsel for King Street Wireless, L.P.

cc:  James Schlichting
      Tom Peters