# EXHIBIT G

**REDACTED – FOR PUBLIC INSPECTION**

Auction 901
FCC Form 680

Exhibit 2 – Spectrum Access (Amended)

As shown in Applicant's short-form application and in this long-form application, Applicant owns or controls spectrum throughout the Census Tracts where support has been awarded in Auction 901. Applicant's owned spectrum would support 3G or 4G service. In the following seven Census Tracts, Applicant will build a 4G ▮▮▮ network using its owned spectrum:

 T37077970102 – Granville, NC
 T40063484700-5620 – Hughes, OK
 T40107080700-5620 – Okfuskee, OK
 T40133583900-5830 – Seminole, OK
 T47027955100 – Clay, TN
 T53015001700 – Cowlitz, WA
 T53041970100 – Lewis, WA

In addition to the spectrum that it owns, Applicant has made arrangements with King Street Wireless, L.P. ("King Street"), a partnership in which Applicant's affiliate, USCC Wireless Investment, Inc., holds a ninety percent non-controlling equity interest, to provide Applicant with access to ▮▮▮▮▮▮▮▮ on King Street's 700 MHz spectrum ("Spectrum") in the areas where Applicant had winning bids. In the following ▮▮▮ Census Tracts, Applicant will build a 4G ▮▮▮ network using King Street Spectrum:

 T19117950100 – Lucas, IA
 T23029955300 – Washington, ME
 T23029955700 – Washington, ME
 T23029955800 – Washington, ME
 T37021002900 – Buncombe, NC
 T37185950400 – Warren, NC
 T37199960101 – Yancey, NC
 T51045050100 – Craig, VA
 T51071930400 – Giles, VA
 T51197050302 – Wythe, VA
 T53059950200 – Skamania, WA
 T53059950500 – Skamania, WA
 T55023960200 – Crawford, WI
 T55123960700 – Vernon, WI

Pursuant to a Network Sharing Agreement ▮▮▮▮▮▮▮▮▮▮▮ ("Agreement"), King Street agreed to provide 4G services, to be managed by Applicant, and its operating affiliates that were winning bidders in Auction 901 ("Services") via King Street's Spectrum. This Spectrum will be deployed as a 4G ▮▮▮ system that meets at least the minimum construction and operational requirements set forth by the FCC for Auction 901 awardees.

REDACTED – FOR PUBLIC INSPECTION

Auction 901
FCC Form 680

For the Commission's reference, we summarize the relevant portions of the Agreement:

[redacted]

[redacted]

[redacted]

[redacted]