IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. MARK J. O'CONNOR and SARA F. LEIBMAN,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES CELLULAR CORPORATION, USCC WIRELESS INVESTMENT, INC., TELEPHONE AND DATA SYSTEMS, INC., KING STREET WIRELESS, L.P., KING STREET INC., ADVANTAGE SPECTRUM, L.P., FREQUENCY ADVANTAGE, L.P., SUNSHINE SPECTRUM, INC., NONESUCH, INC., and ALLISON CRYOR DINARDO,<br><br>      Defendants. | Case No. 20-CV-2070-TSC<br><br>**ORAL ARGUMENT REQUESTED** |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS OF DEFENDANTS
KING STREET WIRELESS, L.P., KING STREET WIRELESS, INC., AND
<u>ALLISON CRYOR DINARDO</u>**

Upon consideration of the Motion to Dismiss of Defendants King Street Wireless, L.P., King Street Wireless, Inc., and Allison Cryor DiNardo (the "King Street Defendants"), the memorandum of points and authorities in support thereof, and the accompanying declaration and exhibits (collectively, "the Motion"), as well as Relators' opposition to the Motion, and the King Street Defendants' reply brief in support of the Motion:

IT IS ORDERED that King Street's Motion to Dismiss is GRANTED.

This action is hereby DISMISSED WITH PREJUDICE.

Dated: _____          By: _____

                                                                             Hon. Tanya S. Chutkan
                                                                             United States District Judge