UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *ex rel.* **MARK J. O'CONNOR** and **SARA F. LEIBMAN**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES CELLULAR CORPORATION**, *et al.*,<br><br>Defendants. | ORAL HEARING REQUESTED<br><br>Civil Action No. 20-cv-2070 (TSC) |

**DEFENDANTS ADVANTAGE SPECTRUM, L.P., SUNSHINE SPECTRUM, INC., AND NONESUCH, INC.'S MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Advantage Spectrum, L.P. ("Advantage"), Sunshine Spectrum, Inc. ("Sunshine"), and Nonesuch, Inc. ("Nonesuch"), by and through their undersigned counsel, submit this Motion to Dismiss the Amended Complaint for failure to state a claim upon which relief can be granted.  A proposed order is submitted with this motion.  Defendants Advantage, Sunshine, and Nonesuch request oral argument on this motion.

Dated:  June 13, 2022                              Respectfully submitted,

By:  */s/  David W. DeBruin*

David W. DeBruin
David Bitkower
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001
Telephone: 202.639.6000
Fax: 202.639.6066
ddebruin@jenner.com
dbitkower@jenner.com

Daniel J. Weiss
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60618
Telephone: 312.222.9350
Fax: 312.527.0484
dweiss@jenner.com

*Attorneys for Defendants Advantage Spectrum, LP, Sunshine Spectrum, Inc., and Nonesuch, Inc.*