UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *ex rel.* **MARK J. O'CONNOR** and **SARA F. LEIBMAN**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES CELLULAR CORPORATION**, *et al.*,<br><br>Defendants. | ORAL HEARING REQUESTED<br><br>Civil Action No. 20-cv-2070 (TSC) |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE BY DEFENDANTS ADVANTAGE SPECTRUM, L.P., SUNSHINE SPECTRUM, INC., AND NONESUCH, INC.**

Upon consideration of the motion to dismiss by Defendants Advantage Spectrum, L.P., Sunshine Spectrum, Inc., and Nonesuch, Inc., it is hereby ORDERED that the motion to dismiss with prejudice is GRANTED.

Dated: _____

_____
The Honorable Tanya S. Chutkan
United States District Judge