**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. MARK J. O'CONNOR and SARA F. LEIBMAN,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES CELLULAR CORPORATION, USCC WIRELESS INVESTMENT, INC., TELEPHONE AND DATA SYSTEMS, INC., KING STREET WIRELESS, L.P., KING STREET INC., ADVANTAGE SPECTRIUM, L.P., FREQUENCY ADVANTAGE, L.P., SUNSHINE SPECTRUM, INC., NONESUCH, INC., and ALLISON CRYOR DINARDO,<br><br>          Defendants. | Case No. 20-CV-2070-TSC |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully notify this Court of a recent decision in *United States v. Allergan, Inc.*, No. 21-15420, 2022 WL 3652967 (9th Cir. Aug. 25, 2022), which is attached as Exhibit A. This decision reversed a district court opinion on which Relators relied (*see* D.E. 182 at 18), and supports arguments made in support of pending motions to dismiss (*see* D.E. 186 at 5–6 & 6 n.5; D.E. 185 at 6–7).

Dated: September 2, 2022

By: */s/ Andrew S. Tulumello*

Andrew S. Tulumello, DC Bar No. 468351
Chantale Fiebig, DC Bar No. 487671
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, N.W.
Washington, DC 20036
Telephone: (202) 682-7100
Facsimile: (202) 857-0940
drew.tulumello@weil.com
chantale.fiebig@weil.com

*Attorneys for Defendants King Street
Wireless, L.P., King Street Wireless, Inc.,
and Allison Cryor DiNardo*

/s/ *Frank R. Volpe*

Frank R. Volpe
Robert Joseph Conlan, Jr.
**SIDLEY AUSTIN LLP**
1501 K Street, NW
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711
fvolpe@sidley.com
rconlan@sidley.com

*Attorneys for Defendants United States
Cellular Corp., USCC Wireless Investment,
Inc., and Telephone and Data Systems, Inc.*

/s/ *David W. DeBruin*

David DeBruin
David Bitkower
**JENNER & BLOCK LLP**
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001
Telephone: 202.639.6048
Fax: 202.639.6066
ddebruin@jenner.com
dbitkower@jenner.com

Daniel J. Weiss*
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60618

Telephone: 312.222.9350
Fax: 312.527.0484
dweiss@jenner.com

*Attorneys for Defendants Advantage Spectrum, LP,
 Sunshine Spectrum, Inc., and Nonesuch, Inc.*

*\*Admitted pro hac vice*