**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *ex rel.* **MARK J. O'CONNOR** and **SARA F. LEIBMAN**<br><br>　　　　Plaintiffs-Relators,<br><br>　v.<br><br>**UNITED STATES CELLULAR CORPORATION**, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 20-cv-2070 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 189, Defendants' Motions to Dismiss, ECF Nos. 178, 179, 180, are hereby GRANTED. The case is DISMISSED with prejudice. This is a final appealable order.

Date: March 9, 2023

　　　　　　　　　　　　　　　　　　　　*Tanya S. Chutkan*
　　　　　　　　　　　　　　　　　　　　TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　United States District Judge