IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARK J. O'CONNOR and SARA F. LEIBMAN., <br><br>                    Plaintiffs-Relators, <br><br>   v. <br><br>UNITED STATES CELLULAR CORPORATION, *et al.,* <br><br>                    Defendants. | Civil Action No.: 20-cv-2070 (TSC) |

## RELATORS' NOTICE OF APPEAL

Relators Mark J. O'Connor and Sara F. Leibman ("Relators") hereby appeal to the United States Court of Appeals for the District of Columbia Circuit, pursuant to Federal Rule of Appellate Procedure 3, this Court's March 9, 2023 Order, Dkt. No. 190, granting Defendants' joint motions to dismiss Relator's First Amended Complaint, *see* Dkt. Nos. 174, 178, 179, 180.

By: /s/ *Sara M. Lord*
Sara M. Lord
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Ave NW, Suite 350 S
Washington, DC 20037
Telephone: 202.677.4058
Fax: 202.677.4059
sara.lord@agg.com

Benjamin J. Vernia, DC Bar No. 441287
THE VERNIA LAW FIRM
1455 Pennsylvania Avenue NW, Suite 400
Washington, DC 20004
Telephone: 202.349.4053
Fax: 866.572.6728

Date: April 7, 2023