# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-7041**  **September Term, 2025**

**1:20-cv-02070-TSC**

**Filed On: November 6, 2025** [2144168]

United States of America, ex rel. Mark J. O'Connor and Sara F. Leibman,

and

Mark J. O'Connor and Sara F. Leibman,

      Appellants

    v.

U.S. Cellular Corporation, et al.,

      Appellees

## M A N D A T E

In accordance with the judgment of September 26, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                        BY:    /s/
                                      Daniel J. Reidy
                                      Deputy Clerk

Link to the judgment filed September 26, 2025