# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

————

**No. 23-7041**                    **September Term, 2025**

FILED ON: SEPTEMBER 26, 2025

UNITED STATES OF AMERICA, EX REL. MARK J. O'CONNOR AND SARA F. LEIBMAN,
 AND
MARK J. O'CONNOR AND SARA F. LEIBMAN,
                    APPELLANTS

v.

U.S. CELLULAR CORPORATION, ET AL.,
                    APPELLEES

————

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-02070)

————

Before: WILKINS, KATSAS, and RAO, *Circuit Judges*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the dismissal of this case be reversed and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

## Per Curiam

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk


Date: September 26, 2025

Opinion for the court filed by Circuit Judge Katsas.