# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. MARK J. O'CONNOR and SARA F. LEIBMAN,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES CELLULAR CORPORATION, *et al.*,<br><br>      Defendants. | Case No. 20-CV-2070-TSC |

## DEFENDANTS' JOINT NOTICE OF CONSTITUTIONAL CHALLENGE

Defendants jointly submit this notice of constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1. Defendants challenge the constitutionality of the False Claims Act's *qui tam* provisions, arguing that these provisions violate multiple provisions of Article II of the Constitution, including the Appointments Clause, the Take Care Clause, and the Vesting Clause. Defendants raised these constitutional questions in their separately filed Motions to Dismiss the Amended Complaint. *See* ECFs 212, 213. Notwithstanding the United States' role as a "real party in interest" in this action, *United States ex rel. Eisenstein v. City of New York*, 556 U.S. 928, 930 (2009), Defendants file this notice in an abundance of caution in light of the Government's decision to not intervene in this *qui tam* action under the False Claims Act, *see* 31 U.S.C. § 3730.

Dated: January 23, 2026                            Respectfully submitted,

*/s/ Frank R. Volpe*
Frank R. Volpe (D.C. Bar No. 458791)
Kwaku A. Akowuah (D.C. Bar No. 992575)
Victor T. Hiltner (D.C. Bar No. 90005590)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
T: (202) 736-8000
F: (202) 736-8711
fvolpe@sidley.com
kakowuah@sidley.com
vhiltner@sidley.com

*Counsel for Defendants U.S. Cellular Corp., USCC Wireless Investment, Inc., Telephone and Data Systems, Inc., King Street Wireless, L.P., King Street Wireless, Inc., Advantage Spectrum, L.P., Frequency Advantage, L.P., Sunshine Spectrum, Inc., and Nonesuch, Inc.*

*/s/ Andrew S. Tulumello*
Andrew S. Tulumello, DC Bar No. 468351
Chantale Fiebig, DC Bar No. 487671
Luke Sullivan, DC Bar No. 1631774
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, N.W.
Washington, DC 20036
Telephone: (202) 682-7100
Facsimile: (202) 857-0940
drew.tulumello@weil.com
chantale.fiebig@weil.com

*Attorneys for Defendant Allison Cryor DiNardo*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, I electronically filed this notice required by Federal Rule of Civil Procedure 5.1 with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the Court's CM/ECF system. All participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

I further certify that this notice, together with the required pleadings cited herein, has been served via certified mail on the Attorney General of the United States (as required by Rule 5.1(a)(2)) at:

> Jolene Ann Lauria
> Assistant Attorney General For Administration[1]
> United States Department of Justice
> Justice Management Division
> 950 Pennsylvania Avenue NW
> Room 1111
> Washington, DC 20530

Date: January 23, 2026

> */s/ Frank R. Volpe*
> Frank R. Volpe

---

[1] The Assistant Attorney General for Administration is designated to accept service on the Attorney General's behalf. *See* 28 C.F.R. § 0.77(j).