UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA ex rel.
MARK J. O'CONNOR & SARA F.
LEIBMAN,

        Plaintiffs,

    v.

UNITED STATES CELLULAR CORP., et
al.,

        Defendants.

Civil Action No. 20-2070 (TSC)

### UNITED STATES OF AMERICA'S NOTICE OF INTERVENTION PURSUANT TO 28 U.S.C. § 2403(a)

Pursuant to 28 U.S.C. § 2403(a) and Federal Rule of Civil Procedure ("Rule") 24(a)(1), the United States exercises its statutory right to intervene in this matter for the limited purpose of defending the constitutionality of the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3729, *et seq*.

This is a False Claims Act *qui tam* suit in which the United States previously declined to intervene pursuant to 31 U.S.C. § 3730(b)(4)(B). ECF No. 43. On January 22, 2026, Defendants filed Motions to Dismiss, in which they challenge the constitutionality of the *qui tam* provisions of the False Claims Act. ECF Nos. 212, 213. On January 23, 2026, Defendants filed a Joint Notice of Constitutional Challenge pursuant to Federal Rule of Civil Procedure 5.1(a). ECF No. 214.

Under 28 U.S.C. § 2403(a), the United States has an unconditional right to intervene in "any action . . . wherein the constitutionality of an Act of Congress affecting the public interest is drawn into question." Under Rule 24(a)(1), the Court must permit anyone to intervene who "is given an unconditional right to intervene by a federal statute." Accordingly, the United States

1

notifies the Court and the parties that the United States hereby intervenes in this action for the limited purpose of defending the constitutionality of the *qui tam* provisions of the False Claims Act. Fed. R. Civ. P. 5.1(c) sets a 60-day deadline for the United States to respond. As such, the deadline for the United States is March 23, 2026.

Dated: March 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ *Erika Oblea*
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
601 D Street, NW, Civil Division
Washington, DC 20530
(202) 252-2567

JAMIE A. YAVELBERG
PATRICK M. KLEIN
ELSPETH A. ENGLAND
Attorneys, Civil Division
U.S. Department of Justice
175 N. Street, NE
Washington, DC  20002
(202) 514-8746