**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**
***ex rel.***
**MARK J. O'CONNOR AND SARA F. LEIBMAN,**

Plaintiffs-Relators,

v.

**UNITED STATES CELLULAR CORPORATION, et al.,**

Defendants.

**Civil Action No. 20-2070**

**SCHEDULING ORDER**

**1. DEADLINES:**

It is hereby **ORDERED** that the parties shall adhere to the following deadlines:

| | |
|---|---|
| Deadline to Exchange Initial Disclosures | November 6, 2026. |
| Deadline to Amend the Pleadings | January 8, 2027 |
| Deadline to Join Additional Parties | January 8, 2027 |
| End of Fact Discovery | September 20, 2027 |
| Relators' and Defendants' Rule 26(a)(2) Affirmative Expert Disclosures | October 18, 2027 |
| Relators' and Defendants' Rebuttal Expert Disclosures | December 15, 2027 |
| End of Expert Discovery | January 29, 2028 |
| Defendants' Motions for Summary Judgment due | March 14, 2028 |
| Relators' Opposition and Cross Motion due | May 12, 2028 |
| Defendants' Reply and Opposition due | June 26, 2028 |
| Relators' Reply in Support of Cross Motion due | July 31, 2028 |

**2. DEPOSITIONS AND INTERROGATORIES:**

Absent agreement of the parties or Order of the Court to the contrary, the parties shall be limited to:

- Depositions.
  - Each side may take up to 15 fact depositions.
- Interrogatories.
  - Defendants may serve up to 25 interrogatories in total directed to Relators.
  - Relators may serve up to 60 interrogatories in total to be allocated across all Defendants of which not more than 15 will be directed to DiNardo.

**3. DISCOVERY DISPUTES:**

Counsel shall confer in good faith in an effort to resolve any discovery dispute. If counsel are unable to resolve the dispute, they must first **JOINTLY** submit, via email to chambers, a clear, concise description of the issues in dispute, each party's position on the disputed issues, and the parties' joint availability for an on-the-record telephone conference. The court will then respond as soon as practicable to schedule a telephone conference and provide the parties with call-in information.

**Counsel shall not file any discovery-related motion without a prior telephone conference with the Court and opposing counsel.**

Counsel are hereby notified that a party who does not prevail in a discovery dispute may be ordered to pay the costs involved, including reasonable attorney's fees.

**4. REQUEST FOR APPOINTMENT OF MEDIATOR:**

If at any point the parties desire to engage in mediation, with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office, the parties shall file a joint motion captioned "Joint Motion for Mediation."

Date: October 6, 2026

Tanya S. Chutkan

Hon. Tanya S. Chutkan
U.S. District Court for the District of Columbia